# Bank of America

## Your checking account

CORNERSTONE ENTERPRISES OF   |   Account # ▇▇▇▇ 6928   |   April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|



## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/03/17 | WIRE TYPE:WIRE OUT DATE:170403 TIME:0724 ET TRN:2017040300216696 SERVICE REF:004977 BNF:EARL BREWINGTON ID:9236258670 BNF BK:WELLS FAR GO BANK, NA ID:121000248 PMT DET:197754620 | -51,237.32 |

*continued on the next page*



TIP OF THE MONTH

## Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation.   |   AR86PR



EXHIBIT A