## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Cornerstone Enterprises of Greenwood, Inc.,<br><br>Debtor. | CHAPTER 7<br><br>Case No. 17-03127-hb |
| John K. Fort, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Earl Brewington,<br><br>Defendant. | Adversary No.: 18-80027-hb |

### CERTIFICATE OF MAILING

IT IS HEREBY CERTIFIED that a copy of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, along with this Certificate of Service were served upon the within parties via e-mail and by depositing copies of the same in the United States Mail, with sufficient postage annexed thereto, addressed to the following recipients:

Alecia T. Compton
109 Oak Avenue, Suite A
Greenwood, SC 29646
alecia@aleciacomptonlawoffice.com

on October 26, 2018:

*(signature)*

Lauren T. Alewine, Paralegal to:
Joshua J. Hudson, Fed ID 11620
jhudson@roecassidy.com
Roe Cassidy Coates & Price, PA
Attorneys for Trustee
Post Office Box 10529
Greenville, SC  29603
864-349-2600

Greenville, South Carolina