# John B Butler III, P.A.
**Attorney at Law**
**1217 Anthony Avenue**
**Columbia, South Carolina  29201**

| | | |
|---|---|---|
| John B Butler, Jr<br>1926-1999 | Certified Specialist in Bankruptcy Law | Telephone (803)256-9661<br>Facsimile (803)765-0704 |

February 21, 2019

**MEDIATION REPORT**

In re Cornerstone Enterprises of Greenwood
Case No. 17-03127-B, 18-80027-B

Pursuant to SCLBR 9019-2, the Mediator in the above matter reports as follows:

Mediation pursuant to Court Order Entered December 28, 2018

Mediation Session held February 20, 2019 at 1:15 p.m.

Parties attending mediation session

Mediator: John B Butler III

| Party | Counsel For that Party |
|---|---|
| John K. Fort, Trustee | Joshua J. Hudson |
| Earl Brewington | Alecia T. Compton |

**Summary of Mediation Session**:
The parties met at the offices of Alecia Compton, at 1:15 p.m. on Wednesday February 20, 2019. The parties met jointly, and in individual caucus, until 3:20 p.m. There were extensive negotiations and a settlement was reached. Counsel and the parties were well versed in the law and the facts, were very cooperative, and were essential to the negotiated settlement.

**Result of Mediation**:
The adversary was settled in full. Mr. Brewington has agreed to pay a sum certain in settlement of the Trustee's claims in return for a full release and the right to file a proof of claim for that amount against the estate. No trial is necessary, unless the notice of settlement to be filed by the parties is not approved by the Court. The Attorney for the Plaintiff will prepare all necessary settlement documents including, but not limited to, any required releases, notices of settlement, orders and stipulations.

Respectfully submitted,

February 21, 2019

/s/ John B Butler III
John B Butler III, Mediator
1217 Anthony Avenue
Columbia, SC 29201
jbbiii@bellsouth.net
803-256-9661

Served on the above named parties via e mail and ecf this date.